NO. SCWC-11-0000890

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN THE INTEREST OF B CHILDREN

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000890; FC-S NO. 09-12460)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Appellant Mother's application for writ of certiorari filed on August 22, 2012, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 1, 2012.

Leslie C. Maharaj for petitioner

Jonathan M. Fujiyama and Mary Anne Magnier for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

